Rosalie Hochsteter, Appellant, v. Sam Schnur and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Berks County Trust Company, Respondent, v. Enterprise Commission Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Hamburg Savings and Trust Company, Respondent, v. Enterprise Commission Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

290 Park Avenue, Inc., Respondent, v. Alfred D. Tiefenthal, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

William Bullock, Appellant, v. Ogden L. Mills and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Charles Tishman and Another, Respondents, v. Marion De Vries, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Proceedings to Discover Property Withheld from the Estate of W. Frank Mattson, Deceased.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Mary Brosnan and John Brosnan, Respondents, v. Isaac Liftin, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Minnie J. Weiss, Appellant, v. Shinzo Shirae and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and grant a new trial.

Van Rensselaer Halsey and Others, Plaintiffs, v. Bank of New York and Trust Company, Appellant, and The National City Bank of New York and Others, Impleaded Defendants, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Alberene Stone Company, Respondent, v. Grinnell Company, Inc., Appellant, and The Board of Education of the City of New York and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ. [153 Misc. 812.]